# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Barbadoro, Paul J. | District of New Hampshire | 05/13/2021 |

**4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)**

District Judge (Active)

**5a. Report Type (check appropriate type)**

- [ ] Nomination    Date
- [ ] Initial    [✓] Annual    [ ] Final

**5b.** [ ] Amended Report

**6. Reporting Period**

01/01/2020
to
12/31/2020

**7. Chambers or Office Address**

Warren Rudman U.S. Courthouse
55 Pleasant St., Room 409
Concord, NH 03301

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

[ ] NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | ▨ Testamentary Trust |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

[ ] NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2020 | Trustees of Dartmouth College - Ageement for Teaching in 2021 |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barbadoro, Paul J. | 05/13/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 3-26-2020 | Trustees of Dartmouth College | $28,050.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2020 | New England College |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barbadoro, Paul J. | 05/13/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✓  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✓  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barbadoro, Paul J. | 05/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  Checking-Merrimack County Savings Bank | A | Interest | J | T | | | | | |
| 2.  Savings-Merrimack County Savings Bank | A | Interest | J | T | | | | | |
| 3.  *T. Rowe Price Capital Appreciation Fund | D | Dividend | M | T | | | | | |
| 4.  *IRA Fidelity Contra Fund | D | Dividend | M | T | | | | | |
| 5.  *TIAA CREF Stock Fund | A | Dividend | L | T | Buy | 01/11/20 | J | | |
| 6.  *TIAA CREF Global Fund | A | Dividend | K | T | Buy | 01/11/20 | J | | |
| 7.  *TIAA CREF Growth Fund | A | Dividend | L | T | Buy | 01/11/20 | J | | |
| 8.  *TIAA CREF Equity Index Fund | A | Dividend | L | T | Buy | 01/11/20 | J | | |
| 9.  TIAA CREF Inflation Limited Bond Fund | A | Dividend | L | T | | | | | |
| 10.  *IRA Fidelity Low Price Stock | D | Dividend | M | T | | | | | |
| 11.  *IRA Fidelity Cash Reserves (Account A) | A | Interest | J | T | | | | | |
| 12.  *IRA Fidelity Cash Reserves (Account B) | A | Interest | J | T | | | | | |
| 13.  *T. Rowe Price Prime Reserve | A | Interest | J | T | | | | | |
| 14.  *IRA Fidelity, Fidelity Extended Market Index Premium Class | A | Dividend | M | T | | | | | |
| 15.  *IRA Fidelity Value Fund | A | Dividend | M | T | | | | | |
| 16.  *IRA Fidelity, Fidelity 500 Index Premium Class | B | Dividend | M | T | Buy | 03/18/20 | J | | |
| 17.  *IRA Fidelity Janus Venture Fund Class T | B | Dividend | K | T | Buy | 04/02/20 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barbadoro, Paul J. | 05/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. *Fidelity Cash Reserves (Account C) | A | Interest | J | T | | | | | |
| 19. *_____ Testamentary Trust (Centerpoint Energy, Inc.) | A | Dividend | K | T | | | | | |
| 20. *_____ Testamentary Trust (Manulife Financial Corp.) | A | Dividend | J | T | | | | | |
| 21. *_____ Testamentary Trust (Wells Fargo Bank Dep. Sweep) | A | Interest | J | T | | | | | |
| 22. *Fidelity Emerging Market Index Premium Class | B | Dividend | L | T | | | | | |
| 23. *Wells Fargo CD (IRA) | A | Interest | | | Sold | 01/13/20 | L | B | |
| 24. *Wells Fargo CD (IRA) | A | Interest | | | Sold | 07/13/20 | L | B | |
| 25. *Wells Fargo CD (IRA) | B | Interest | L | T | | | | | |
| 26. *_____ Testamentary Tr. American Funds Fundamental Inv. | A | Dividend | J | T | | | | | |
| 27. *Allegiance Bank CD (IRA) | B | Interest | J | T | Buy | 01/18/20 | L | | |
| 28. * Mid First CD (IRA) | A | Interest | L | T | Buy | 07/22/20 | L | | |
| 29. * Roth Fidelity 500 Index (IRA) | A | Dividend | L | T | Buy | 11/17/20 | K | | |
| 30. * Fidelity Global ex U.S. Index (IRA) | A | Dividend | K | T | Buy | 08/11/20 | K | | |
| 31. | | | | | | | | | |
| 32. | | | | | | | | | |
| 33. | | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Barbadoro, Paul J.** | 05/13/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

SECTION II: AGREEMENTS

Since 2010, I have derived non-investment income from teaching. That income has been reported in Section III of my disclosure report. For each year in which I reported income derived from teaching, I have had an agreement with the Trustees of Dartmouth College to perform the teaching that resulted in the disclosed income.

SECTION VII. INVESTMENTS AND TRUSTS

1. T. Rowe Price. I reinvested all dividends and capital gain distributions.

2. IRA-Fidelity. I reinvested all dividends, capital gains, and interest.

3. TIAA-CREF Funds.         contributed $230 per week to the Stock, Global, Growth, and Equity Index Funds. employer contributed $80 per week to the same accounts.

4. Fidelity Cash. I reinvested all interest.

5.         Testamentary Trust. All dividends and capital gains were reinvested in the Wells Fargo Advisors Bank Deposit Sweep Account.

6. I transferred all interest earned on Wells Fargo CDs to IRA Fidelity Cash Reserves (Account A).

7. Roth IRA 500 Fidelity - I reinvested all dividends and capital gain distributions.

| Name of Person Reporting | Date of Report |
|---|---|
| Barbadoro, Paul J. | 05/13/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Paul J. Barbadoro**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544